UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA SEEBACH,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, and DOES 1 to 20, inclusive,<br><br>Defendant. | No. 2: 18-cv-00109-KJM-AC<br><br>ORDER |

Having reviewed plaintiff's notice of acceptance of defendant BMW of North America, LLC's offer of judgment pursuant to Fed. R. Civ. P. Rule 68, the court hereby enters judgment as follows:

1. Defendant BMW OF NORTH AMERICA, LLC shall pay the sum of $24,000.00 to plaintiff ANDREA SEEBACH.
2. To the extent the vehicle that is the subject of this litigation, a 2015 BMW 328i, VIN No. WBA3A5G51FNS83641 ("Subject Vehicle"), is encumbered by financing of a loan, BMW OF NORTH AMERICA, LLC shall pay to the applicable finance company the sum necessary to pay off the financing loan. In exchange, plaintiff will return the Subject Vehicle to BMW NA along with clear title thereto.

1

3. In addition to the sum set forth above, BMW OF NORTH AMERICA, LLC shall pay plaintiff's reasonable attorneys' fees, costs, and expenses, in an amount to be agreed upon or, if the parties cannot agree, in the amount awarded by the court pursuant to a noticed motion.

IT IS SO ORDERED.

DATED: October 29, 2019.

_____
UNITED STATES DISTRICT JUDGE