UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrea Seebach,<br><br>            Plaintiff,<br><br>   v.<br><br>BMW of North America, LLC,<br><br>            Defendant. | No. 2:18-cv-00109-KJM-AC<br><br>ORDER |

Plaintiff Andrea Seebach's ex parte application to set a hearing is **denied**. Contrary to her claims in that application, costs were taxed under the procedure defined in this District's Local Rules. *See* E.D. Cal. L.R. 292; Bill of Costs, ECF No. 28; Objections, ECF No. 29; Response, ECF No. 34. To the extent her ex parte application is intended as a request to reconsider the court's order at ECF No. 40, it is denied. *See* E.D. Cal. L.R. 230(j)(3); *Am. Ironworks & Erectors, Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 898–99 (9th Cir. 2001).

    IT IS SO ORDERED.

DATED: March 15, 2021.

CHIEF UNITED STATES DISTRICT JUDGE